IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| ANDRE PAIVA, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ALL OUT BUILDING LLC, and WILLIAM QUINN,<br><br>Defendants. | Case No.: 2:25-cv-03808-AYS<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT WILLIAM QUINN** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Andre Paiva, on behalf of himself and others similarly situated has served upon Defendant William Quinn copies of the following documents:

1) Issued Summons;

2) Complaint;

3) Civil Cover Sheet;

4) Notice of Option to Consent to Magistrate Judge Jurisdiction;

5) Notice of Case Assignment

Attached hereto is a copy of the Proof of Service.

Dated: Flushing, New York
July 23, 2025

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**

By:/s/ *Emanuel Kataev*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Andre Paiva on behalf of himself and others similarly situated*

1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| ANDRE PAIVA, on behalf of himself and others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>ALL OUT BUILDING LLC, and WILLIAM QUINN<br><br>*Defendant(s)* | Civil Action No. 25-cv-03808-AYS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Quinn
125 Elise Dr.
Middletown, NY 10941

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Emanuel Kataev, Esq.
CONSUMER ATTORNEYS, PLLC
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
ekataev@consumerattorneys.com
cc: e-service@consumerattorneys.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 7/9/2025                            *Sandra Felgueiras*
                                          *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-03808-AYS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* WILLIAM QUINN was received by me on *(date)* July 15, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Kathleen Blaney, a person of suitable age and discretion who resides there, on *(date)* Tuesday, July 22, 2025, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 7/22/25

_____
*Server's signature*

Robert Trainor
_____
*Printed name and title*

Medley Serves & Investigations, LLC
PO BOX 83, CLINTONDALE, NY 12515
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 19, 2025, 1:01 pm EDT at 125 ELISE DRIVE, MIDDLETOWN, NY 10941 NO ANSWER AFTER REPEATED KNOCKING, No cars or lights on in house

2) Successful Attempt: Jul 22, 2025, 8:18 am EDT at 125 ELISE DRIVE, MIDDLETOWN, NY 10941 received by Kathleen Blaney. Age: 45-55; Ethnicity: Caucasian; Gender: Female; Weight: 130-150; Height: 5'7"; Hair: Brown; Relationship: Mother; Substitute service at home, the following documents: 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice of Option to Consent to Magistrate Judge Jurisdiction; and 5) Notice of Assignment of Case