**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**CENTRAL ISLIP DIVISION**

|  |  |
|---|---|
| ANDRE PAIVA, *on behalf of himself and others similarly situated,*<br><br>                  Plaintiffs,<br><br>     vs.<br><br>ALL OUT BUILDING LLC, and WILLIAM QUINN,<br><br>               Defendants. | Case No.: 2:25-cv-3808 (JMA) (AYS)<br><br>**PLAINTIFF'S REQUEST FOR CERTIFICATE OF DEFAULT <u>AGAINST DEFENDANTS</u>** |

TO:    BRENNA B. MAHONEY
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendants, All Out Building LLC and William Quinn, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached declaration of Emanuel Kataev, Esq.  Plaintiff thanks this honorable Court for its time and attention to this case.

Dated: Flushing, New York
       December 2, 2025              Respectfully submitted,

                                   **CONSUMER ATTORNEYS, PLLC**

                                   By:/s*/ Emanuel Kataev*
                                   Emanuel Kataev, Esq.
                                   6829 Main Street
                                   Flushing NY 11367-1305
                                   (718) 412-2421 (office)
                                   (718) 489-4155 (facsimile)
                                   ekataev@consumerattorneys.com

                                   *Attorneys for Plaintiffs*
                                   *Andre Paiva, on behalf of himself*
                                   *and others similarly situated*