AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-03808-AYS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>ALL OUT BUILDING LLC</u> was received by me on *(date)* <u>July 15, 2025</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Kathleen Blaney</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>ALL OUT BUILDING LLC, the following documents:- 1) Issued Summons; 2) Complaint; 3) Civil Cover Sheet; 4) Notice of Option to Consent to Magistrate Judge Jurisdiction; and 5) Notice of Assignment of Case</u> on *(date)* <u>Tuesday, July 22, 2025</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 7/22/25

_____
Server's signature

Robert Trainor
_____
*Printed name and title*

Medley Serves & Investigations, LLC
PO Box 83, Clintondale, NY 12515
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jul 19, 2025, 1:01 pm EDT at COMPANY: 125 ELISE DRIVE, MIDDLETOWN, NY 10941
NO ANSWER AFTER REPEATED KNOCKING, No cars or lights on in house

2) Successful Attempt: Jul 22, 2025, 8:12 am EDT at COMPANY: 125 ELISE DRIVE, MIDDLETOWN, NY 10941 received by Kathleen Blaney. Age: 45-55; Ethnicity: Caucasian; Gender: Female; Weight: 130-150; Height: 5'7"; Hair: Brown; Relationship: Mother/Authorized to accept; Other: She confirmed that she accepted papers in the past on behalf of the company and her son. Mail for the company and son arrive at this address.;
Corporate