IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION

| | |
|---|---|
| ANDRE PAIVA, *on behalf of himself and others similarly situated,*<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>ALL OUT BUILDING LLC, and WILLIAM QUINN,<br><br>　　　　　　Defendants. | Case No.: 2:25-cv-3808 (JMA) (AYS)<br><br>**CERTIFICATE OF DEFAULT** |

　　　I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants All Out Building LLC and William Quinn have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:　　　Central Islip　, New York
　　　　　　December　3　, 2025

　　　　　　　　　　　　　　　　　　　　BRENNA B. MAHONEY, Clerk of Court


　　　　　　　　　　　　　　　　　　　　By: _____/s/ James J. Toritto_____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk