# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 13, 2026

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Joan M. Azrack, U.S.D.J.
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722-4438

      *Re:*    **Paiva v. All Out Building LLC,** *et ano.*
              **Case No.: 2:25-cv-3808 (JMA) (AYS)**
              <u>**Plaintiff's Status Report**</u>

Dear Judge Azrack:

      This firm represents the Plaintiff Andre Paiva ("Plaintiff") in the above-referenced case, who respectfully submits this status report in accordance with this Court's Order dated March 2, 2026.

      Defendants have not appeared or otherwise contacted your undersigned since being served. Plaintiff obtained a clerk's entry of default on December 3, 2025. Plaintiff has prepared a notice of motion and memorandum of law in support for his anticipated request for a judgment by default. However, your undersigned counsel was unable to reach the Plaintiff to prepare a declaration in support due to deadlines and appearances in other matters, including without limitation an evidentiary hearing on March 3, 2026, depositions on March 4, 2026 and March 5, 2026, and several appearances this week. As a result, Plaintiff respectfully seeks a thirty (30) day extension of time to finalize his anticipation motion.

      Plaintiff thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
         March 13, 2026                      Respectfully submitted,

                                                       **SAGE LEGAL LLC**
                                                       By:   */s/ Emanuel Kataev, Esq.*
                                                       Emanuel Kataev, Esq.
                                                       18211 Jamaica Avenue
                                                       Jamaica, NY 11423-2327
                                                       (718) 412-2421 (office)
                                                       (917) 807-7819 (cellular)
                                                       (718) 489-4155 (facsimile)
                                                       emanuel@sagelegal.nyc

                                                       *Attorneys for Plaintiff*
                                                       *Andre Paiva*