**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CENTRAL ISLIP DIVISION**

| | |
|---|---|
| ANDRE PAIVA, on behalf of himself and others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ALL OUT BUILDING LLC, and WILLIAM QUINN,<br><br>Defendants. | Case No.: 2:25-cv-3808 (JMA) (AYS)<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR DEFAULT JUDGMENT AGAINST <u>DEFENDANTS</u>** |

**PLEASE TAKE NOTICE THAT,** upon the annexed declaration of Emanuel Kataev, Esq., and accompanying papers, and all prior papers and proceedings in this case, the Plaintiff, by his undersigned counsel, will move this Court, at the United States District Court for the Eastern District of New York, Central Islip Division, located at 100 Federal Plaza, Central Islip, New York, on such date as is set by the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, for judgment by default against Defendants ALL OUT BUILDING LLC and WILLIAM QUINN (collectively hereinafter "Defendants").

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served and filed on or before Monday, April 27, 2026, and any reply papers shall be served and filed on or before May 4, 2026, unless otherwise ordered by this Court.

1

Dated: Flushing, New York
April 13, 2026

Respectfully submitted,

**CONSUMER ATTORNEYS, PLLC**

By:/s/ *Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
6829 Main Street
Flushing NY 11367-1305
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
ekataev@consumerattorneys.com

*Andre Paiva on behalf of himself*
*and others similarly situated*

2